*Millies et al., Petitioners, v. LandAmerica Transnation et al., Respondents*, No. 91301-3. Petition for review of a decision of the Court of Appeals, No. 31521-5-III, January 15, 2015, 185 Wn. App. 1024. *Granted* June 3, 2015.

*State, Respondent, v. Wilcoxon, Petitioner*, No. 91331-5. Petition for review of a decision of the Court of Appeals, No. 32226-2-III, January 22, 2015, 185 Wn. App. 534. *Granted* June 3, 2015.

*State, Respondent, v. LG Elecs., Inc., et al., Petitioners*, No. 91391-9. Petition for review of a decision of the Court of Appeals, No. 70298-0-I, January 12, 2015, 185 Wn. App. 394. *Granted* June 3, 2015.

*State, Respondent, v. Constance, Petitioner*, No. 91231-9. Petition for review of a decision of the Court of Appeals, Nos. 40504-1-II, 43974-3-II, and 44150-1-II, December 30, 2014, 185 Wn. App. 1012. *Denied* June 3, 2015.

*State, Respondent, v. Peck, Petitioner*, No. 91254-8. Petition for review of a decision of the Court of Appeals, No. 45132-8-II, January 13, 2015, 185 Wn. App. 1022. *Denied* June 3, 2015.

*State, Respondent, v. Gale, Petitioner*, No. 91258-1. Petition for review of a decision of the Court of Appeals, No. 44887-4-II, October 28, 2014, 184 Wn. App. 1019. *Denied* June 3, 2015.

*In re Welfare of S.I. et al.*, No. 91261-1. Motion for discretionary review of a decision of the Court of Appeals, Nos. 31727-7-III and 31728-5-III, November 18, 2014, 184 Wn. App. 531. *Denied* June 3, 2015.

*City of Medina, Petitioner, v. Skinner et al., Respondents*, No. 91265-3. Petition for review of a decision of the Court of Appeals, No. 71157-1-I, November 3, 2014, 184 Wn. App. 449. *Denied* June 3, 2015.